UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES E. IVY                                                                                    PETITIONER
 #20294-076

VS.                                2:17-CV-00210 –JM/JTR

GENE BEASLEY, Warden,
FCI Forrest City                                                                                RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT Petitioner James E. Ivy's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus, *Doc. 1*, is DENIED without prejudice.

DATED this 26th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE